1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDDIE NAVA, an individual; MARGARET NAVA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br><br>WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A.; NDEX WEST LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02175-SJO-RAO<br><br><br><br>**DEFENDANT NDeX WEST, LLC'S JUDGMENT OF DISMISSAL**<br><br><br>*[Assigned to the Hon. S. James Otero]* |

On July 6, 2016, this Court entered an Order [Doc. 32] granting the Motion to Dismiss the First Amended Complaint ("FAC") in this action that was filed by defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and joined by defendant NDeX West, LLC ("NDeX"). Said Order dismissed all claims without leave to amend, except the *fourth* claim for declaratory relief and the *eighth* claim under section 17200. On July 22, 2016, plaintiffs filed a voluntary dismissal of the **eighth** and **ninth** causes of action without prejudice pursuant

to FRCP 41(a)(1)(A)(i) [Doc. 34]. In light of the obvious discrepancy in the claim numbers, as clearly briefed in Wells Fargo's [Proposed] Judgment of Dismissal [Doc. 36-1], the Court should treat plaintiffs' voluntary dismissal as effective only to the **fourth** and **eighth** claims in the FAC.

Accordingly:

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

1. The First Amended Complaint is dismissed, with prejudice, as to the first, second, third, fifth, sixth, seventh, ninth, and tenth claims for relief.
2. The First Amended Complaint is dismissed, without prejudice, as to the fourth and eighth claims for relief.
3. Judgment is hereby entered in favor of Defendant NDeX West, LLC, and against Plaintiffs.
4. Plaintiffs shall take nothing by way of the claims in their First Amended Complaint against Defendant NDeX West, LLC.

Dated: August 26, 2016

*S. James Otero*
_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE