JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDDIE NAVA, an individual; MARGARET NAVA, an individual;<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A.; NDEX WEST, LLC, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:16-cv-02175-SJO-RAO<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. S. James Otero*] |

1   Plaintiffs filed their First Amended Complaint ("FAC") in this action on
2 May 6, 2016, with the following claims: (1) Lack of Standing; (2) Quiet Title; (3)
3 Cal. Civil Code § 2924.17; (4) Declaratory Relief; (5) Promissory Estoppel; (6)
4 Breach of Implied Covenant of Good Faith and Fair Dealing; (7) Cal. Civil Code §
5 2943; (8) Cal. Bus. & Prof. Code § 17200; (9) Cal. Civil Code § 2923.55; and (10)
6 Negligence.
7   On July 6, 2016, the Court entered an Order granting the Motion to Dismiss
8 the FAC, filed by defendant WELLS FARGO BANK, N.A., successor by merger
9 with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a
10 World Savings Bank, FSB ("Wells Fargo") (erroneously sued separately as "Wells
11 Fargo Home Mortgage" and Wells Fargo Bank, N.A.").  The Court dismissed all
12 claims <u>without</u> leave to amend, except the fourth claim for declaratory relief and
13 the eighth claim under section 17200, which were both dismissed with leave to
14 amend.  On page 18 of the Order, the Court mistakenly refers to claims eight and
15 nine regarding leave to amend.  As clearly stated elsewhere in the Order, leave to
16 amend was only granted as to the fourth claim for declaratory relief and the eighth
17 claim under section 17200.
18   On July 22, 2016, plaintiffs voluntary dismissed the eighth and ninth causes
19 of action without prejudice pursuant to FRCP 41(a)(1)(A)(i). (Doc. 34.)  The Court
20 will treat that voluntary dismissal as effective only as to the fourth claim for
21 declaratory relief and the eight claim under Cal. Bus. & Prof. Code § 17200.
22   Accordingly:
23   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**
24   1.   The First Amended Complaint is dismissed, with prejudice, as to the
25 first, second, third, fifth, sixth, seventh, ninth and tenth claims for relief;
26   2.   The First Amended Complaint is dismissed, without prejudice, as to
27 the fourth and eighth claims for relief;
28

1          3.      Judgment is entered in favor of defendant WELLS FARGO BANK,
2   N.A.; and
3          4.      Plaintiffs, Eddie Nava and Margaret Nava will recover nothing in this
4   action from defendant WELLS FARGO BANK, N.A.

DATED:  August 26, 2016

*/s/ S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE